[No. 17223-9-I.   Division One.   June 1, 1987.]

CHRISTA MERCADO, *as Executrix, Appellant,* v. GROUP
HEALTH COOPERATIVE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-03044-5, Gary M. Little, J., entered September 24, 1985. *Affirmed* by unpublished opinion per

Nichols, J. Pro Tem., concurred in by Durham and Patrick, JJ. Pro Tem.